FILED: March 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1255
(3:23-cv-00090-DJN)

_____

WARREN KIRKLAND, Warren: Kirkland for Warren Kirkland Estate Trust

    Plaintiff - Appellant

v.

FAIRFIELD WESTON CIRCLE LLC, d/b/a Weston Circle Apartments, by FRH GP LLC

    Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Originating Case Number | 3:23-cv-00090-DJN |
| Date notice of appeal filed in originating court: | 03/09/2023<br>03/07/2023 |
| Appellant(s) | Warren Kirkland |
| Appellate Case Number | 23-1255 |
| Case Manager | Marcy E. Beall<br>804-916-2702 |