FILED: September 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1255
(3:23-cv-00090-DJN)
_____

WARREN KIRKLAND, Warren: Kirkland for Warren Kirkland Estate Trust

    Plaintiff - Appellant

v.

FAIRFIELD WESTON CIRCLE LLC, d/b/a Weston Circle Apartments, by FRH GP LLC; CLARISSA SCOTT

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered August 28, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*